IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDA AJULUCHUKU,

    Plaintiff,               No. 2:12-2816 LKK CKD PS

    vs.

BALTIMORE COUNTY POLICE DEP'T,

    Defendant.             <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se.  Plaintiff alleges diversity as the basis of subject matter jurisdiction.  The federal venue statute requires that a civil action wherein jurisdiction if founded only on diversity of citizenship may be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought."  28 U.S.C. § 1391(a).

        In this action, defendant is the Baltimore County Police Department, located in Baltimore, Maryland.  The incident underlying plaintiff's claims is an alleged kidnaping that occurred in 2003 in Maryland.  Therefore, plaintiff's claim should have been filed in the United

1

1  States District Court of Maryland, Baltimore Division.  In the interest of justice, a federal court
2  may transfer a complaint filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C.
3  § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).
4        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
5  United States District Court of Maryland, Baltimore Division.

Dated: November 20, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
ajulu 2816.tra